# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**ELON ALBERT CHRISTIN HENDRIX,**

    *Plaintiff*,

v.                                              Case No.: 1:22cv307-MW/MJF

**ALACHUA COUNTY SHERIFF'S OFFICE, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## <u>REPORT AND RECOMMENDATION</u>

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 10, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** without prejudice for failure to comply with Court orders and failure to prosecute." The Clerk shall close the file.

**SO ORDERED on May 1, 2023.**

                                               **s/Mark E. Walker**
                                               **Chief United States District Judge**